MAX SHEER, Respondent, v. MINNIE SHEER, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are issues of fact which cannot be determined on the motion for summary judgment. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JAMES A. NOLAN, Petitioner, against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SANDERS A. WERTHEIM, Appellant, v. LEHIGH VALLEY COAL SALES COMPANY and Others, Respondents, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WILLARD A. MITCHELL for the Judicial Settlement of His Account as Trustee under a Deed of Trust Dated April 21, 1936, between E. EURANA SCHWAB, Settlor, and WILLARD A. MITCHELL, Trustee. EURANA DE BOBULA, Appellant; WILLARD A. MITCHELL, as Trustee, Respondent; MARY MOCK WALTER, Respondent; and CHARLES M. SCHWAB and Others, Respondents.— Final order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL TERRY, Appellant.—Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS TRACY, Appellant.— Judgment unanimously reversed and information dismissed on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J,, O'Malley, Townley, Glennon and Untermyer, JJ

PHILIP THOMAS, an Infant, by His Guardian ad Litem HARRY THOMAS, and. HARRY THOMAS, Respondents, v. BECK BROS. LAND CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Townley and Glennon, JJ., dissent and vote to affirm.

JAMES TALCOTT, INC., Respondent, v. MARSHALL FIELD & Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.